**828**

■

In the Matter of the Application of ROBERT FALTINGS for Admission to Practice as an Attorney. (From the State of New Jersey.) — Application granted. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

■

In the Matter of the Application of HORACE P. MOULTON for Admission to Practice as an Attorney. (From the State of Massachusetts.) — Application granted. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

(June 30, 1952.)

■

HERMAN BARTLETT, Respondent, v. MT. ZION BAPTIST CHURCH OF PORT CHESTER, INC., Appellant, and GAITHER GALMER et al., Impleaded Defendants-Respondents. (Action No. 1 — action on a note.) HERMAN BARTLETT, Respondent, v. MT. ZION BAPTIST CHURCH OF PORT CHESTER, INC., Appellant, and GAITHER GALMER et al., Impleaded Defendants-Respondents. (Action No. 2 — action to foreclose mechanic's lien.) — Motion for leave to appeal to the Court of Appeals and for a stay denied. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [See *ante,* p. 798.]

■

DONALD L. BESSEY, Respondent, v. JULES CHOPAK, Appellant.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Motion for stay denied, without costs. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

■

JOHN BISBANO et al., Respondents, v. 42-20 RESTAURANT CORP. et al., Appellants.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ. [See *ante,* p. 790.]

■

CADMAN MEMORIAL CONGREGATIONAL SOCIETY OF BROOKLYN et al., Suing on Behalf of Themselves and Other Congregational Christian Churches Similarly Situated, Respondents, v. HELEN KENYON, as Moderator of The General Council of the Congregational Christian Churches, Appellant.— Motion to correct record on appeal denied, without costs, and without prejudice to such other proceedings as appellant may be advised to take, for the correction of the record or the submission of the original of plaintiffs' Exhibit 28 to the Court of Appeals, if an appeal shall be taken to that court. (See *Kenyon* v. *New York Central & H. R. R. R. Co.,* 76 N. Y. 607; *People* v. *Hoch,* 150 N. Y. 291, 305; *Cohen* v. *Breinig,* 216 App. Div. 805.) Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [See 279 App. Div. 1015, 1074; *ante,* pp. 789, 819.]